**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| **v.** | * | **CRIMINAL NO. RDB-21-322** |
| | * | |
| **GODLOVE MANCHO,** | * | |
| | * | |
| **Defendant.** | * | |
| | * | |

**\*\*\*\*\*\*\***

## MOTION TO AMEND PRELIMINARY ORDER OF FORFEITURE

The United States of America hereby moves to amend the preliminary order of forfeiture in this case, and in support states the following:

1.  On September 7, 2021, the defendant Godlove Nche Mancho (the "Defendant") pled guilty pursuant to a written plea agreement, to Counts One and Two of the Information, charging him with conspiracy, in violation of 18 U.S.C. § 371 (Count One), and a violation of the Arms Export Control Act, in violation of 22 U.S.C. § 2778 (Count Two).  ECF No. 4.

2.  As part of his guilty plea, the Defendant agreed to forfeit to the United States all right, title, and interest in the following items that the Defendant agreed constitute money, property, and/or assets derived from or obtained by the Defendant as a result of, or used to facilitate the commission of, the Defendant's offenses:

> (1) Unknown/Unknown Rifle CAL: Unknown SN: None (Asset ID: 19-ATF-024153);
>
> (2) Unknown/Unknown Rifle CAL: Unknown SN: None (Asset ID: 19-ATF-024154);
>
> (3) Romarm/Cugir Micro Draco Pistol CAL:762 SN:PMD 11171 19 RO (Asset ID: 19-ATF-031041); and

(4) the items listed in Attachment A

(collectively, the "Subject Property").

3.      On May 1, 2023, the Court entered a Preliminary Order of Forfeiture with respect to the Subject Property. ECF No. 68.

4.      The United States inadvertently failed to submit Attachment A with the Preliminary Order of Forfeiture.

5.      For clarity, and in order to allow the United States to publish notice of the forfeiture of the Subject Property as required by 21 U.S.C. § 853(n)(1) and Rule 32.2(b)(6)(C) of the Federal Rules of Criminal Procedure, the United States hereby requests that the Court enter the attached proposed Amended Preliminary Order of Forfeiture including Attachment A.

6.      Upon the issuance of the Amended Preliminary Order of Forfeiture and pursuant to 21 U.S.C. § 853(n)(1) and Rule 32.2(b)(6)(C) of the Federal Rules of Criminal Procedure, the United States shall publish, for thirty (30) consecutive calendar days on the government forfeiture website www.forfeiture.gov, notice of the Amended Preliminary Order of Forfeiture, notice of the United States' intent to dispose of the Subject Property, and notice that any person, other than the Defendant, having or claiming a legal interest in the Subject Property must file a petition with the Court within sixty (60) days after the first day of publication on the government forfeiture website or within thirty (30) days after receipt of actual notice, whichever is earlier.

7.      This notice shall state that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the Subject Property, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title, or interest in the forfeited Subject Property and any additional facts supporting the petitioner's claim and the relief sought.

8.      The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the Subject Property that is the subject of the Preliminary Order of Forfeiture as a substitute for published notice as to those persons so notified.

9.      The United States also seeks authority to conduct any discovery that might be necessary to identify, locate, or dispose of forfeited property, pursuant to Rule 32.2(b)(3) and (c)(1)(B) of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(m).

WHEREFORE, the United States requests that this Court:

(a) enter the Amended Preliminary Order of Forfeiture in the form submitted herewith; and

(b) retain jurisdiction for the purpose of enforcing the forfeiture.

Respectfully submitted,

Erek L. Barron
United States Attorney

_/s/_____
Kathleen O. Gavin
Assistant United States Attorney

3

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that the foregoing Motion to Amend the Preliminary Order of Forfeiture, as well as the proposed Preliminary Order of Forfeiture, were filed via CM/ECF and served electronically on all parties via that system.

/s/
Kathleen O. Gavin
Assistant United States Attorney

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| **v.** | * | **CRIMINAL NO. RDB-21-322** |
| | * | |
| **GODLOVE MANCHO,** | * | |
| | * | |
| **Defendant** | * | |
| | * | |

**\*\*\*\*\*\*\***

## AMENDED PRELIMINARY ORDER OF FORFEITURE

WHEREAS, on August 17, 2021, the United States filed an Information charging Godlove Mancho (the "Defendant") with Conspiracy, in violation of 18 U.S.C. § 371 (Count One), and with violation of the Arms Export Control Act, a violation of 22 U.S.C. § 2778 (Count Two); and

WHEREAS, the Information also included a forfeiture allegation which provided notice that the United States intended to seek the forfeiture, pursuant to 18 U.S.C. §§ 981(a)(1)(C), 924(d), 21 U.S.C. § 853, 28 U.S.C. § 2461(c), upon conviction of the Defendant of the offenses alleged in Counts One and Two of the Information; and

WHEREAS, on September 7, 2021, the Defendant pled guilty to the offenses alleged in Counts One and Two of the Information; and

WHEREAS, as part of his guilty plea, the Defendant agreed to forfeit to the United States all right, title, and interest in the items listed in Attachment A that the Defendant agreed constitute money, property, and/or assets derived from or obtained by the Defendant as a result of, or used to facilitate the commission of, the Defendant's offenses;

WHEREAS, the Defendant also agrees to forfeit to the United States all right, title, and interest in the following items that the Defendant agrees constitute money, property, and/or

assets derived from or obtained by the Defendant as a result of, or used to facilitate the commission of, the Defendant's offenses:

- Unknown/Unknown Rifle CAL: Unknown SN: None (Asset ID: 19-ATF-024153)

- Unknown/Unknown Rifle CAL: Unknown SN: None (Asset ID: 19-ATF-024154)

- Romarm/Cugir Micro Draco Pistol CAL:762 SN:PMD 11171 19 RO (Asset ID: 19-ATF-031041)

Items with Asset IDs 19-ATF-024153, 19-ATF-024154, and 19-ATF-031041 and the items listed in Attachment A are, collectively, the "Subject Property"; and

WHEREAS, pursuant to 18 U.S.C. §§ 981(a)(1)(C), 924(d), 28 U.S.C. § 2461(c), and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure, the United States is now entitled to a Preliminary Order of Forfeiture with respect to the Subject Property;

ACCORDINGLY, it is hereby ORDERED, ADJUDGED, AND DECREED that:

1.      The United States' Motion for a Preliminary Order of Forfeiture is GRANTED.

2.      The Court finds, pursuant to Rule 32.2(b)(1) of the Federal Rules of Criminal Procedure, that the United States has established the requisite nexus between the Subject Property and the offense to which the Defendant pled guilty.

3.      Accordingly, all of Defendant's interests in the Subject Property are hereby forfeited to the United States for disposition pursuant to 18 U.S.C. § 924(d).

4.      Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, the United States is hereby authorized to seize the Subject Property and maintain it in its secure custody and control.

5.     The United States is authorized to conduct any discovery that might be necessary to identify, locate, or dispose of forfeited property, and to resolve any third-party petition, pursuant to Rule 32.2(b)(3), (c)(1)(B) of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(m).

6.     Pursuant to 21 U.S.C. § 853(n)(1), the United States shall publish, for thirty (30) consecutive calendar days on the government forfeiture website www.forfeiture.gov, notice of the Preliminary Order of Forfeiture and notice of the United States' intent to dispose of the Subject Property.

7.     Pursuant to 21 U.S.C. § 853(n)(1), the United States shall give, to the extent practicable, direct written notice to any person known to have alleged an interest in the Subject Property to be forfeited.

8.     Pursuant to 21 U.S.C. § 853(n)(2) and (3), the notice referred to above shall state: (a) that any person, other than the Defendant, asserting a legal interest in the Subject Property, shall, within sixty (60) days after the first day of publication on the government forfeiture website or within thirty (30) days after receipt of actual notice, whichever is earlier, file a petition with the United States District Court for the District of Maryland, requesting a hearing to adjudicate the validity of his or her interest in the Subject Property; and (b) that the petition shall be signed by the petitioner under the penalty of perjury and shall set forth the nature and extent of the petitioner's right, title, or interest in the Subject Property, the time and circumstances of the petitioner's acquisition of the right, title, or interest in the Subject Property, any additional facts supporting the petitioner's claim, and the relief sought.

9.     Pursuant to 21 U.S.C. § 853(n)(7), following the Court's disposition of all petitions filed under 21 U.S.C. § 853(n)(6), or if no such petitions are filed following the

expiration of the period provided in 21 U.S.C. § 853(n)(2) for the filing of such petitions, the United States shall have clear title to the Subject Property.

10.     Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Preliminary Order of Forfeiture will become final as to the Defendant at the time of his sentencing, will be part of the Defendant's criminal sentence, and will be included in the criminal judgment entered by this Court against him.

11.     Upon adjudication of all third party interests, this Court will enter a Final Order of Forfeiture, pursuant to 18 U.S.C. §§ 981(a)(1)(C), 924(d), 28 U.S.C. § 2461(c), and Rule 32.2(c) of the Federal Rules of Criminal Procedure, in which all interests will be addressed.

12.     The Court shall retain jurisdiction in this case for the purpose of enforcing this Order, and pursuant to Rule 32.2(e)(1) of the Federal Rules of Criminal Procedure, shall amend this Order, or enter other orders as necessary, to forfeit additional specific property when identified.

_____                              _____
Date                                                The Honorable Richard D. Bennett
                                                    United States District Judge

**ATTACHMENT A**

**A.  Items Seized from Container No. GESU456254 on May 20, 2019**

1.  AMMUNITION: AMMUNITION, QTY:  2, MNF: LC (LAKE CITY), CAL: 556 **(20-ATF-019064)**
2.  FIREARM: RIFLE, MNF:  COLT, TYPE: RIFLE, MODEL:  M4, CAL: 223, SN: OBLITERATED, OBLITERATED: YES **(20-ATF-02098)**
3.  FIREARM PARTS AND ACCESSORIES, (1) ONE MAGPRO AK-47 EXTENDED MAGAZINE FOUND WITH ITEMS 4-9 **(20-ATF-019082)**
4.  HORNADAY HANDHELD PRIMING TOOL **(20-ATF-019089)**
5.  (2) TWO BOTTLES HODGDON COPPER FOULING ERASER **(20-ATF-019091)**
6.  (3) THREE 500 COUNT BAGS OF 5.56 BULLETS (PROJECTILES) **(20-ATF-019093)**
7.  1 CASE CREEDMOOR UNPRIMED 5.56MM CASINGS FROM HORDNADY MANUFACTURING TO GRAF AND SONS PLUS PACKAGING **(20-ATF-019196)**
8.  (1) BOX OF HORNADAY .223 UNPRIMED BRASS FROM DAMAGE INDUSTRIES TO PRECISION OUTFITTERS **(20-ATF-019095)**
9.  HORNADAY POWDER DISPENSER **(20-ATF-019097)**
10. LEE PRECISION BREECH LOCK CHALLENGER PRESS #90588 PLUS PACKAGING **(20-ATF-019099)**
11. LEE PRECISION BREECH LOCK CHALLENGER PRESS #90588 PLUS PACKAGING **(20-ATF-019102)**
12. (8) BOTTLES SPECTRACIDE STUMP REMOVER 16OZ **(20-ATF-019106)**
13. 20 POUNG BAG OF GREENWAY BIOTECH SULFUR POWDER **(20-ATF-019113)**
14. (1) ONE BOX WITH UNPRIMED .223 CA CASINGS (LABEL SAYS 2000) AND 3 (THREE) BOXES OF CCI NO. 44 PRIMERS FOR 5.56 AMMO **(20-ATF-019165)**
15. (1) BOTTLE 8-POUND SMOKELESS POWDER **(20-ATF-019188)**
16. FIREARM PARTS AND ACCESSORIES, (4) NEW PMAG 5.56 MAGAZINES **(20-ATF-019168)**
17. FIREARM: RIFLE, MNF:  UNKNOWN MANUFACTURER, TYPE: RIFLE, MODEL:  UNKNOWN TYPE, CAL: ZZ, SN: NONE **(21-ATF-004126)**
18. FIREARM: RIFLE, MNF:  UNKNOWN MANUFACTURER, TYPE: RIFLE, MODEL:  UNKNOWN TYPE, CAL: ZZ, SN: NONE **(21-ATF-004127)**
19. FIREARM PARTS AND ACCESSORIES, (4) NEW PMAG 5.56 MAGAZINES **(20-ATF-019170)**
20. FIREARM: RIFLE, MNF:  UNKNOWN MANUFACTURER, TYPE: RIFLE, MODEL:  UNKNOWN TYPE, CAL: ZZ, SN: NONE **(19-ATF-024150)**
21. FIREARM: RIFLE, MNF:  UNKNOWN MANUFACTURER, TYPE: RIFLE, MODEL:  UNKNOWN TYPE, CAL: ZZ, SN: NONE **(19-ATF-024152)**

22. RELOADING KIT TO INCLUDE RELOADING WORKBOOK, LEE AUTODRUM POWDER MEASURE, WINCESTER PRIMERS (1000), (2) BOXES CCI #400 (1000 PER BOX), LEE 4 WHOLE TURRENT PRESS **(20-ATF-019119)**

23. RELOADING KIT TO INCLUDE (2) TWO WINCESTER .308 FULL LENGTH DIE SET, LEE UNIVERSAL SHELL HOLDER (SH2069) AND RCBS 7.62 TOOL AND DIE SET **(20-ATF-020252)**

24. (5) FIVE 500 COUNT BAGS OF 5.56 BULLETS (PROJECTILES) **(20-ATF-019172)**

25. (5) FIVE 2 POUND JARS OF TANNERITE FROM TANNERITE.COM WITH PACKAGING **(20-ATF-019171)**

26. (2) ONE POUND CONTAINERS OF "BEAVER DAM BUSTER EXPLODING TARGET" **(20-ATF-020253)**

27. (40) FORTY PEPPER SPRAY CANISTERS **(19-ICE-002818)**

28. (1) BRASS KNUCKLE **(19-ICE-002817)**

**B.** **Items Seized from 6701 Golden Ring Rd., Rosedale, Maryland on July 19, 2019**

1. FIREARM: RIFLE, MNF:  RUGER, TYPE: RIFLE, MODEL:  MINI 30 RANCH RIFLE, CAL: 762, SN: 581-65669 **(19-ATF-031046)**

2. FIREARM: HANDGUN, MNF:  SMITH & WESSON, TYPE: REVOLVER, MODEL: 66, CAL: 357, SN: CEL1168 **(19-ATF-031047)**

3. FIREARM: HANDGUN, MNF:  FOREHAND & WADSWORTH, TYPE: REVOLVER, MODEL:  UNKNOWN TYPE, CAL: ZZ, SN: 9335 **(19-ATF-031048)**

4. FIREARM: RIFLE, MNF:  RUGER, TYPE: RIFLE, MODEL:  PRECISION RIFLE, CAL: 308, SN: 1802-20007 **(19-ATF-031050)**

5. FIREARM: HANDGUN, MNF:  DAREINGARMS, LLC, TYPE: PISTOL, MODEL: UNKNOWN TYPE, CAL: ZZ, SN: 053206 **(19-ATF-031051)**

6. FIREARM: RIFLE, MNF:  CHINESE, TYPE: RIFLE, MODEL:  SKS, CAL: 762, SN: 1300638 **(19-ATF-031052)**

7. FIREARM: HANDGUN, MNF:  GLOCK INC., TYPE: PISTOL, MODEL:  43, CAL: 9, SN: BEEY731 **(19-ATF-031056)**

8. FIREARM PARTS AND ACCESSORIES, 4 MAGAZINES AND ORIGINAL TRIGGER TO ITEM #49 **(20-ATF-019175)**

9. FIREARM: RIFLE, MNF:  SAVAGE ARMS INC. (CD), TYPE: RIFLE, MODEL: 64, CAL: 22, SN: 1441779 **(19-ATF-031059)**

10. SILENCER: NONE, 9MM GEMTECH S/N: S16-103678 **(19-ATF-031062)**

11. FIREARM: OTHER FIREARM, MNF:  UNKNOWN MANUFACTURER, TYPE: RECEIVER/FRAME, MODEL:  UNKNOWN TYPE, CAL: ZZ, SN: NONE **(19-ATF-031065)**

12. FIREARM PARTS AND ACCESSORIES, 80% JIG PARTS **(20-ATF-019187)**

13. FIREARM PARTS AND ACCESSORIES, RANDOM GUN PARTS **(20-ATF-019176)**

14. FIREARM PARTS AND ACCESSORIES, AR PARTS **(20-ATF-019174)**
15. FIREARM PARTS AND ACCESSORIES, RANDOM GUN PARTS **(20-ATF-019190)**
16. FIREARM: RIFLE, MNF:  UNKNOWN MANUFACTURER, TYPE: RECEIVER/ FRAME, MODEL:  UNKNOWN TYPE, CAL: ZZ, SN: NONE **(19-ATF-0310068)**
17. FIREARM: RIFLE, MNF:  UNKNOWN MANUFACTURER, TYPE: RECEIVER/ FRAME, MODEL:  UNKNOWN TYPE, CAL: ZZ, SN: NONE **(19-ATF-031073)**
18. FIREARM: RIFLE, MNF:  UNKNOWN MANUFACTURER, TYPE: RECEIVER/ FRAME, MODEL:  UNKNOWN TYPE, CAL: ZZ, SN: NONE **(19-ATF-031074)**
19. FIREARM PARTS AND ACCESSORIES, FIREARMS PARTS **(20-ATF-019191)**
20. FIREARM PARTS AND ACCESSORIES, AR 80% LOWER JIG **(20-ATF-019192)**
21. FIREARM: RIFLE, MNF:  UNKNOWN MANUFACTURER, TYPE: RECEIVER/ FRAME, MODEL:  UNKNOWN TYPE, CAL: ZZ, SN: NONE **(19-ATF-031076)**
22. FIREARM PARTS AND ACCESSORIES, VARIOUS AK PARTS AND ACCESSORIES **(20-ATF-019193)**
23. FIREARM PARTS AND ACCESSORIES, VARIOUS FIREARM MAGAZINES **(20-ATF-019194)**
24. FIREARM PARTS AND ACCESSORIES, 6 UNMILLED 80% RECEIVERS **(20-ATF-019195)**
25. FIREARM: RIFLE, MNF:  UNKNOWN MANUFACTURER, TYPE:  RECEIVER/ FRAME, MODEL:  UNKNOWN TYPE, CAL: ZZ, SN: NONE **(19-ATF-031077)**
26. FIREARM: RIFLE, MNF:  UNKNOWN MANUFACTURER, TYPE: RECEIVER/ FRAME, MODEL:  UNKNOWN TYPE, CAL: ZZ, SN: NONE **(19-ATF-031078)**
27. FIREARM: RIFLE, MNF:  UNKNOWN MANUFACTURER, TYPE: RECEIVER /FRAME, MODEL:  UNKNOWN TYPE, CAL: ZZ, SN: NONE **(19-ATF-031079)**
28. IED COMPONENTS **(20-ATF-019873)**
29. FIREARM: RIFLE, MNF:  UNKNOWN MANUFACTURER, TYPE: RECEIVER/ FRAME, MODEL:  UNKNOWN TYPE, CAL: ZZ, SN: NONE **(19-ATF-031080)**
30. TOOLS TO MANUFACTURE BLACK POWDER **(20-ATF-019197)**
31. FIREARM: RIFLE, MNF:  UNKNOWN MANUFACTURER, TYPE: RECEIVER/ FRAME, MODEL:  UNKNOWN TYPE, CAL: ZZ, SN: NONE (**19-ATF-031082)**
32. FIREARM PARTS AND ACCESSORIES, JIG AK ONE MILLIMETER PUNCH **(20-ATF-019198)**
33. FIREARM: RIFLE, MNF:  UNKNOWN MANUFACTURER, TYPE: RECEIVER/ FRAME, MODEL:  UNKNOWN TYPE, CAL: ZZ, SN: NONE **(19-ATF-031737)**
34. 6 BINARY RIFLE TARGETS AND BRAND MIXING CONTAINER **(20-ATF-019200)**
35. FIREARM PARTS AND ACCESSORIES, "GAT CRANK" **(20-ATF-019201)**
36. FIREARM PARTS AND ACCESSORIES, .50 CAL RIFLE ROD **(20-ATF-019203)**
37. FIREARM PARTS AND ACCESSORIES, 10 RIFLE SCOPES **(20-ATF-019204)**

38. FIREARM: OTHER FIREARM, MNF:  UNKNOWN MANUFACTURER, TYPE: RECEIVER/FRAME, MODEL:  UNKNOWN TYPE, CAL: ZZ, SN: NONE **(19-ATF-031762)**

39. AMMUNITION, QTY:  103, MNF: OTHER, CAL: 9 **(19-ATF-031091)**

40. AMMUNITION, QTY:  36, MNF: OTHER, CAL: 762 **(19-ATF-031091)**

41. AMMUNITION, QTY:  60, MNF: OTHER, CAL: 300 **(19-ATF-031091)**

42. AMMUNITION, QTY:  50, MNF: OTHER, CAL: 308 **(19-ATF-031091)**

43. FIREARM: OTHER FIREARM, MNF:  UNKNOWN MANUFACTURER, TYPE: RECEIVER/FRAME, MODEL:  UNKNOWN TYPE, CAL: ZZ, SN: NONE **(19-ATF-031764)**

44. AMMUNITION, QTY:  10, MNF: OTHER, CAL: 40 **(19-ATF-031091)**

45. AMMUNITION, QTY:  24, MNF: OTHER, CAL: 12 **(19-ATF-031091)**

46. AMMUNITION COMPONENTS, QTY:  25, MNF: OTHER, CAL: ZZ **(20-ATF-022441)**

47. AMMUNITION COMPONENTS, QTY:  500, MNF: OTHER, CAL: 45 **(19-ATF-031738)**

48. AMMUNITION COMPONENTS, QTY:  220, MNF: OTHER, CAL: MULTI **(19-ATF-031739)**

49. AMMUNITION COMPONENTS, QTY:  180, MNF: OTHER, CAL: 556 **(19-ATF-031740)**

50. AMMUNITION COMPONENTS, QTY:  50, MNF: OTHER, CAL: MULTI **(19-ATF-031741)**

51. AMMUNITION COMPONENTS, QTY:  592, MNF: OTHER, CAL: 45 **(19-ATF-031742)**

52. AMMUNITION COMPONENTS, QTY:  462, MNF: OTHER, CAL: 9 **(19-ATF-031743)**

53. AMMUNITION, QTY:  287, MNF: OTHER, CAL: 38 **(19-ATF-031091)**

54. AMMUNITION COMPONENTS, QTY:  1120, MNF: OTHER, CAL: 50 **(19-ATF-031745)**

55. 8LB SMOKELESS POWDER, 2 BAGS OF SMOKELESS POWDER, 2 BAGS OF HOPPER SMOKELESS POWDER, 2 CONTAINERS SMOKELESS POWDER, 10 SMOKELESS POWDER CONTAINERS, PISTOL POWDER FROM RELOADING EQUIPMENT, AND OTHER RELATED ITEMS **(20-ATF-020255)**

56. AMMUNITION, QTY:  900, MNF: OTHER, CAL: MULTI 0 **(19-ATF-031091)**

57. AMMUNITION COMPONENTS, QTY:  1020, MNF: OTHER, CAL: MULTI **(19-ATF-031752)**

58. AMMUNITION COMPONENTS, QTY:  2280, MNF: OTHER, CAL: 338 **(19-ATF-031753)**

59. AMMUNITION, QTY:  30, MNF: OTHER, CAL: 223 **(19-ATF-031091)**

60.   FIREARM: RIFLE, MNF:  REMINGTON ARMS COMPANY, INC., TYPE: RIFLE, MODEL:  700, CAL: 300, SN: RR92045B **(19-ATF-031083)**

61.   AMMUNITION, QTY:  410, MNF: OTHER, CAL: MULTI **(19-ATF-031091)**

62.   AMMUNITION COMPONENTS, QTY:  1370, MNF: OTHER, CAL: 50 **(19-ATF-031756)**

63.   AMMUNITION, QTY:  1740, MNF: OTHER, CAL: 50 **(19-ATF-031091)**

64.   AMMUNITION COMPONENTS, QTY:  160, MNF: OTHER, CAL: 12 **(20-ATF-022443)**

65.   AMMUNITION, QTY:  1000, MNF: OTHER, CAL: 50 **(19-ATF-031091)**

66.   AMMUNITION, QTY:  1000, MNF: OTHER, CAL: 50 **(19-ATF-031091)**

67.   AMMUNITION, QTY:  1000, MNF: OTHER, CAL: 50 **(19-ATF-031091)**

68.   AMMUNITION, QTY:  1000, MNF: OTHER, CAL: 50 **(19-ATF-031091)**

69.   AMMUNITION, QTY:  1000, MNF: OTHER, CAL: 50 **(19-ATF-031091)**

70.   AMMUNITION COMPONENTS, QTY:  50, MNF: OTHER, CAL: 338 **(19-ATF-031758)**

71.   FIREARM PARTS AND ACCESSORIES, (2) BAGS OF FIREARM BARREL CLEANER BRUSHES **(20-ATF-019189)**

72.   AMMUNITION COMPONENTS, QTY:  100, MNF: OTHER, CAL: ZZ **(19-ATF-031759)**

73.   FIREARM: RIFLE, MNF:  NOREEN FIREARMS LLC, TYPE: RIFLE, MODEL: BAD NEWS ULR, CAL: 50 BMG, SN: U1480 **(19-ATF-031090)**

74.   OTHER: FIREARM PARTS AND ACCESSORIES, 1 UNMILLED LOWER RECEIVER **(20-ATF-019177)**

75.   AMMUNITION - ASSORTED, QTY:  4, MNF: ASSORTED, CAL: 50 **(19-ATF-031091)**

76.   CHEMICALS: OTHER, 1- CONTAINER OF "STUMP REMOVER" **(20-ATF-019085)**

78.   FIREARM: OTHER FIREARM, MNF:  UNKNOWN MANUFACTURER, TYPE: RECEIVER/FRAME, MODEL:  UNKNOWN TYPE, CAL: ZZ, SN: NONE **(19-ATF-037506)**

79.   FIREARM: OTHER FIREARM, MNF:  UNKNOWN MANUFACTURER, TYPE: RECEIVER/FRAME, MODEL:  UNKNOWN TYPE, CAL: ZZ, SN: NONE

80.   RELOADING PRESS AND EQUIPMENT (12 ITEMS IN 5 BOXES) **(19-ICE-002805)**

**C.  Items Seized from 2569 Copper Cliff Trail, Woodbury, Minnesota on July 19, 2019**

1.   AMMUNITION - ASSORTED, QTY:  8, MNF: ASSORTED, CAL: MULTI  **(19-ATF-031150)**

2.   AMMUNITION, QTY:  51, MNF: ASSORTED, CAL: MULTI **(19-ATF-031150)**

**D.  Items Seized from Container No. GESU456254 on August 1, 2019**

1.  FIREARM: RIFLE, MNF:  REMINGTON ARMS COMPANY, INC., TYPE: RIFLE, MODEL:  700, CAL: 300, SN: NONE, OBLITERATED: YES **(19-ATF-036867)**

2.  FIREARM: RIFLE, MNF:  UNKNOWN MANUFACTURER, TYPE: RIFLE, MODEL:  SKS, CAL: 762, SN: NONE, OBLITERATED: YES **(19-ATF-036881)**

3.  FIREARM: RIFLE, MNF:  UNKNOWN MANUFACTURER, TYPE: RIFLE, MODEL:  SKS, CAL: 762, SN: NONE, OBLITERATED: YES **(19-ATF-036882)**

4.  FIREARM: RIFLE, MNF:  UNKNOWN MANUFACTURER, TYPE: RIFLE, MODEL:  SKS, CAL: 762, SN: NONE, OBLITERATED: YES **(19-ATF-036883)**

5.  FIREARM: SHOTGUN, MNF:  REMINGTON ARMS COMPANY, INC., TYPE: SHOTGUN, MODEL:  870, CAL: 12, SN: NONE, OBLITERATED: YES **(19-ATF-036884)**

6.  FIREARM: RIFLE, MNF:  UNKNOWN MANUFACTURER, TYPE: RIFLE, MODEL:  SKS, CAL: 762, SN: NONE, OBLITERATED: YES **(19-ATF-036889)**

7.  FIREARM: RIFLE, MNF:  UNKNOWN MANUFACTURER, TYPE: RIFLE, MODEL:  SKS, CAL: 762, SN: NONE, OBLITERATED: YES **(19-ATF-036890)**

8.  FIREARM: RIFLE, MNF:  UNKNOWN MANUFACTURER, TYPE: RIFLE, MODEL:  SKS, CAL: 762, SN: NONE, OBLITERATED: YES **(19-ATF-036891)**

9.  FIREARM: RIFLE, MNF:  UNKNOWN MANUFACTURER, TYPE: RIFLE, MODEL:  UNKNOWN TYPE, CAL: ZZ, SN: NONE **(19-ATF-036894)**

10. FIREARM: RIFLE, MNF:  NORINCO (NORTH CHINA INDUSTRIES), TYPE: RIFLE, MODEL:  SKS, CAL: 762, SN: NONE, OBLITERATED: YES **(19-ATF-036895)**

11. FIREARM: RIFLE, MNF:  UNKNOWN MANUFACTURER, TYPE: RIFLE, MODEL:  SKS, CAL: 762, SN: NONE, OBLITERATED: YES **(19-ATF-036897)**

12. FIREARM: RIFLE, MNF:  UNKNOWN MANUFACTURER, TYPE: RIFLE, MODEL:  SKS, CAL: 762, SN: NONE **(19-ATF-036898)**

13. FIREARM: RIFLE, MNF:  RUGER, TYPE: RIFLE, MODEL:  PRECISION RIFLE, CAL: 308, SN: NONE **(19-ATF-036899)**

14. FIREARM: RIFLE, MNF:  UNKNOWN MANUFACTURER, TYPE: RIFLE, MODEL:  SKS, CAL: 762, SN: NONE, OBLITERATED: YES **(19-ATF-036900)**

15. FIREARM: RIFLE, MNF:  UNKNOWN MANUFACTURER, TYPE: RIFLE, MODEL:  SKS, CAL: 762, SN: NONE, OBLITERATED: YES **(19-ATF-036909)**

16. FIREARM: RIFLE, MNF:  DPMS INC. (DEFENSE PROCUREMENT MFG. SERVICES), TYPE: RIFLE, MODEL:  PANTHER LR-308, CAL: 308, SN: NONE **(19-ATF-036910)**

17.   FIREARM: HANDGUN, MNF:  FEDERAL ARMAMENT, LLC (FEDARM), TYPE: PISTOL, MODEL:  FP-15, CAL: ZZ, SN: NONE, OBLITERATED: YES **(19-ATF-036911)**

18.   FIREARM: RIFLE, MNF:  SPIKE'S TACTICAL LLC, TYPE: RIFLE, MODEL: UNKNOWN TYPE, CAL: ZZ, SN: NONE **(19-ATF-036914)**

19.   FIREARM: RIFLE, MNF:  UNKNOWN MANUFACTURER, TYPE: RIFLE, MODEL:  SKS, CAL: 762, SN: NONE **(19-ATF-036915)**

20.   FIREARM: RIFLE, MNF:  UNKNOWN MANUFACTURER, TYPE: RIFLE, MODEL:  UNKNOWN TYPE, CAL: ZZ, SN: NONE **(19-ATF-036916)**

21.   FIREARM: HANDGUN, MNF:  UNKNOWN MANUFACTURER, TYPE: PISTOL, MODEL:  UNKNOWN TYPE, CAL: ZZ, SN: NONE **(19-ATF-036917)**

22.   FIREARM: HANDGUN, MNF:  UNKNOWN MANUFACTURER, TYPE: PISTOL, MODEL:  UNKNOWN TYPE, CAL: ZZ, SN: NONE **(19-ATF-036921)**

23.   FIREARM: RIFLE, MNF:  UNKNOWN MANUFACTURER, TYPE: RIFLE, MODEL:  UNKNOWN TYPE, CAL: ZZ, SN: NONE **(19-ATF-036925)**

24.   FIREARM: RIFLE, MNF:  NOREEN FIREARMS LLC, TYPE: RIFLE, MODEL: BAD NEWS ULR, CAL: 50 BMG, SN: U1508 **(19-ATF-036926)**

25.   FIREARM: RIFLE, MNF:  SAVAGE, TYPE: RIFLE, MODEL:  110BA, CAL: 338, SN: 102090MDT **(19-ATF-036927)**

26.   FIREARM: RIFLE, MNF:  SAVAGE, TYPE: RIFLE, MODEL:  111LR HUNTER, CAL: 338, SN: NONE, OBLITERATED: YES **(19-ATF-036928)**

27.   FIREARM: RIFLE, MNF:  SAVAGE, TYPE: RIFLE, MODEL:  110, CAL: ZZ, SN: NONE, OBLITERATED: YES **(19-ATF-036929)**

28.   FIREARM: RIFLE, MNF:  UNKNOWN MANUFACTURER, TYPE: RIFLE, MODEL:  SKS, CAL: 762, SN: NONE, OBLITERATED: YES **(19-ATF-036930)**

29.   FIREARM: RIFLE, MNF:  UNKNOWN MANUFACTURER, TYPE: RIFLE, MODEL:  SKS, CAL: 762, SN: NONE, OBLITERATED: YES **(19-ATF-036931)**

30.   FIREARM: RIFLE, MNF:  NORINCO (NORTH CHINA INDUSTRIES), TYPE: RIFLE, MODEL:  SKS, CAL: 762, SN: 24087980P **(19-ATF-036932)**

31.   FIREARM: RIFLE, MNF:  PALMETTO STATE ARMORY, TYPE: RIFLE, MODEL:  UNKNOWN TYPE, CAL: ZZ, SN: NONE, OBLITERATED: YES **(19-ATF-036933)**

32.   FIREARM PARTS AND ACCESSORIES, NIGHT SUPER SCOPE 3X78 PLUS CHARGING ACCESSORIES **(20-ATF-019110)**

33.   FIREARM: RIFLE, MNF:  DPMS INC. (DEFENSE PROCUREMENT MFG. SERVICES), TYPE: RIFLE, MODEL:  PANTHER LR-308, CAL: 308, SN: 76837 **(19-ATF-036936)**

34.   FIREARM: RIFLE, MNF:  UNKNOWN MANUFACTURER, TYPE: RIFLE, MODEL:  SKS, CAL: 762, SN: NONE, OBLITERATED: YES **(19-ATF-036937)**

35. FIREARM: RIFLE, MNF:  UNKNOWN MANUFACTURER, TYPE: RIFLE, MODEL:  SKS, CAL: 762, SN: NONE, OBLITERATED: YES **(19-ATF-036940)**
36. FIREARM: RIFLE, MNF:  UNKNOWN MANUFACTURER, TYPE: RIFLE, MODEL:  SKS, CAL: 762, SN: NONE, OBLITERATED: YES **(19-ATF-036941)**
37. AMMUNITION, QTY:  1000, MNF: OTHER, CAL: 762 **(19-ATF-036942)**
38. AMMUNITION, QTY:  1000, MNF: OTHER, CAL: 762 **(19-ATF-036942)**
39. AMMUNITION, QTY:  1000, MNF: OTHER, CAL: 762 **(19-ATF-036942)**
40. AMMUNITION, QTY:  1000, MNF: OTHER, CAL: 762 **(19-ATF-036942)**
41. AMMUNITION, QTY:  1000, MNF: OTHER, CAL: 762 **(19-ATF-036942)**
42. AMMUNITION, QTY:  1000, MNF: OTHER, CAL: 762 **(19-ATF-036942)**
43. AMMUNITION, QTY:  1000, MNF: OTHER, CAL: 762 **(19-ATF-036942)**
44. AMMUNITION, QTY:  1000, MNF: OTHER, CAL: 762 **(19-ATF-036942)**
45. AMMUNITION, QTY:  1000, MNF: OTHER, CAL: 762 **(19-ATF-036942)**
46. AMMUNITION, QTY:  1000, MNF: OTHER, CAL: 762 **(19-ATF-036942)**
47. AMMUNITION, QTY:  1000, MNF: OTHER, CAL: 762 **(19-ATF-036942)**
48. AMMUNITION, QTY:  1000, MNF: OTHER, CAL: 762 **(19-ATF-036942)**
49. AMMUNITION, QTY:  1000, MNF: OTHER, CAL: 762 **(19-ATF-036942)**
50. AMMUNITION, QTY:  1028, MNF: OTHER, CAL: 308 **(19-ATF-036942)**
51. AMMUNITION, QTY:  746, MNF: OTHER, CAL: 338 **(19-ATF-036942)**
52. AMMUNITION, QTY:  655, MNF: OTHER, CAL: 308 **(19-ATF-036942)**
53. AMMUNITION, QTY:  1383, MNF: OTHER, CAL: MULTI **(19-ATF-036942)**
54. AMMUNITION, QTY:  1068, MNF: OTHER, CAL: 308 **(19-ATF-036942)**
55. AMMUNITION, QTY:  1153, MNF: OTHER, CAL: 762 **(19-ATF-036942)**
56. AMMUNITION, QTY:  432, MNF: OTHER, CAL: 308 **(19-ATF-036942)**
57. AMMUNITION, QTY:  1000, MNF: WOLF, CAL: 762 **(19-ATF-036942)**
58. AMMUNITION, QTY:  1000, MNF: WOLF, CAL: 762 **(19-ATF-036942)**
59. AMMUNITION, QTY:  1000, MNF: OTHER, CAL: 762 **(19-ATF-036942)**
60. AMMUNITION, QTY:  517, MNF: OTHER, CAL: 338 **(19-ATF-036942)**
61. AMMUNITION, QTY:  933, MNF: OTHER, CAL: 308 **(19-ATF-036942)**
62. AMMUNITION, QTY:  758, MNF: OTHER, CAL: 308 **(19-ATF-036942)**
63. AMMUNITION, QTY:  472, MNF: OTHER, CAL: 308 **(19-ATF-036942)**
64. AMMUNITION, QTY:  1000, MNF: WOLF, CAL: 762 **(19-ATF-036942)**
65. AMMUNITION, QTY:  1000, MNF: WOLF, CAL: 762 **(19-ATF-036942)**
66. AMMUNITION, QTY:  1000, MNF: WOLF, CAL: 762 **(19-ATF-036942)**
67. AMMUNITION, QTY:  614, MNF: OTHER, CAL: 308 **(19-ATF-036942)**
68. AMMUNITION, QTY:  466, MNF: OTHER, CAL: 308 **(19-ATF-036942)**
69. AMMUNITION, QTY:  1000, MNF: WOLF, CAL: 223 **(19-ATF-036942)**
70. AMMUNITION, QTY:  626, MNF: OTHER, CAL: 762 **(19-ATF-036942)**
71. AMMUNITION, QTY:  167, MNF: OTHER, CAL: 223 **(19-ATF-036942)**

72. FIREARM PARTS AND ACCESSORIES, (21) PMAG .223 MAGAZINES **(19-ATF-040698)**
73. FIREARM PARTS AND ACCESSORIES, MISC FIREARMS PARTS AND ACCESSORIES TO INCLUDE SCOPES, MAGAZINES AND AMMO STRIPS **(19-ATF-040697)**