UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA

plaintiff,

v.                                          CASE NO.: 1:21-cr-322-1-RDB

Godlove Mancho

defendant.

## MOTION FOR MODIFICATION OR REDUCTION OF SENTENCE
## PURSUANT TO 18 U.S.C. §3582(c)(2)

I hereby request a modification or reduction of my sentence pursuant to 18 U.S.C. §3582(c)(2) and Amendments to the United States Sentencing Guidelines, which made a reduction in the criminal history category for defendants that received "status points" and/or offense base levels for certain defendants that are zero point offenders as of November 1, 2023, and in support of my motion state as follows:

1. I am serving a term of imprisonment.

2. My sentence was based, at least in part, on a sentence that involved parts of the now amended sentencing guidelines referenced above.

1

3. I was sentenced in this honorable court on 05/02/2023, to a term of 46 months in prison.

4. My current Projected release date is 12/3/2026.

5. I hereby request a court appointed attorney to assist me with the filing of this motion. In support of this I have attached a Financial Affidavit.

Signature: _____

Date: 02/01/24

Print or Typed Name: Godlove Mancho

Register #: 63964-509

Current Address: Fort Dix FCI; P.O. Box 2000; Joint Base MDL, NJ 08640

## AFFIDAVIT OF FINANCIAL HARDSHIP

I, Godlove Mancho, do declare under penalty of perjury, pursuant to 28 U.S.C. §1746, that I am unable to afford an attorney. I further declare that my family is unable to assist me with the funds to cover the cost of an attorney to assist me with this motion. Neither my financial situation nor my families is expected to change in the near future. Dated this 1st day of February, 2024

/s/ _____